# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case Nos. 5D23-0334
5D23-0335
LT Case Nos. 2019-CF-009766
2019-CF-001319
CORRECTED

_____

CHAVARIOUS DICKENS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Adrian G. Soud, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.

August 29, 2023

PER CURIAM.

AFFIRMED.

EDWARDS, C.J., BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____